**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL PATRICK ADAMS,

    Petitioner,    3:14-cv-00504-RCJ-WGC

vs.

                                              **ORDER**

RENEE BAKER, *et al.*,

    Respondents.

_____/

    In this habeas corpus action, the respondents filed a motion to dismiss on January 30, 2015 (ECF No. 11). The *pro se* petitioner, Daniel Patrick Adams, has not responded to that motion. The court will, *sua sponte*, grant Adams an extension of time, to **June 12, 2015**, to respond to the motion to dismiss. The time to respond to the motion to dismiss will not be further extended.

    The court notes that Adams is no longer incarcerated. The latest address he has provided to the court is 714 Carpenter Dr., Las Vegas, Nevada 89107. It appears to the court that Adams may no longer be at that address, and that Adams has not kept the court informed of his current address as required by LSR 2-2. Adams is directed to respond to this order no later than June 12, 2015, to indicate that the address he has provided to the court remains valid. If Adams does not respond to this order by June 12, 2015, the court will conclude that Adams is no longer receiving service of

documents from the court at the address he has provided, and the Court will dismiss this action pursuant to LSR 2-2.

**IT IS SO ORDERED**.

Dated this 11th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE